No. 140. J. L. LANCASTER ET AL., RECEIVERS, ETC. *v.* O. R. HOUGHTON. Error to the Court of Civil Appeals

for the Eighth Supreme Judicial District of the State of Texas. Submitted December 8, 1924. Decided December 15, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Stratton* v. *Stratton,* 239 U. S. 55; *Andrews* v. *Virginian Ry. Co.,* 248 U. S. 272, 275; *Chicago Great Western R. R. Co.* v. *Basham,* 249 U. S. 164, 167. *Mr. T. D. Gresham, Mr. F. H. Prendergast,* and *Mr. R. L. W. Thompson* for plaintiffs in error. No brief filed for defendant in error.